

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00397-CV

| | | |
|---|---|---|
| Brooke Powell | § | From the 233rd District Court |
| | § | of Tarrant County (233-555238-14) |
| v. | | |
| | § | August 13, 2015 |
| Cori Jo Long | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record and Cori Jo Long's unopposed "Motion to Remand Case to Trial Court." It is ordered that the motion is granted and that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that Brooke Powell and Cori Jo Long shall split the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Terrie Livingston_____
　　Chief Justice Terrie Livingston